WILLIAM W. WILSON, as Administrator of the Estate of EDNA M. WILSON, Deceased, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 35005.)

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.